# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Nugent, Robert E. | 2. Court or Organization<br><br>District of Kansas | 3. Date of Report<br><br>07/10/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>to<br>06/30/2020 |

| 7. Chambers or Office Address |
|---|
| 104 U.S. Courthouse<br>401 North Market<br>Wichita, Kansas 67202 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Kansas University Alumni Association Wichita Network |
| 2. | Advisory Board Member | Wichita YMCA East Branch |
| 3. | Director | Tallgrass Film Association, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 07/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 03/30/20 | Associate Editor, American Bankruptcy Law Journal | $1,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-6/30/20 | �altered▐ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 07/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | R/O IRA #1 (H) | | | | | | | | | |
| 2. | --Fidelity Gov't MM Daily Money Fund (R/O IRA #1 ) | A | Int./Div. | J | T | | | | | |
| 3. | --BlackRock HY Bond | A | Int./Div. | | | Sold | 01/27/20 | K | A | |
| 4. | | | | | | Buy | 02/12/20 | K | | |
| 5. | | | | | | Sold | 02/27/20 | K | A | |
| 6. | | | | | | Buy | 05/21/20 | K | | |
| 7. | | | | | | Sold | 06/11/20 | K | A | |
| 8. | --Columbia HY Bond | A | Int./Div. | | | Sold | 01/27/20 | K | A | |
| 9. | | | | | | Buy | 02/12/20 | K | | |
| 10. | | | | | | Sold | 02/27/20 | K | A | |
| 11. | | | | | | Buy | 05/21/20 | K | | |
| 12. | | | | | | Sold | 06/11/20 | K | A | |
| 13. | --IShares TR Barclays 7-10 | A | Int./Div. | | | Buy | 01/27/20 | L | | |
| 14. | | | | | | Sold | 02/07/20 | L | A | |
| 15. | --IShares TR 20 yr Bd ETF | A | Int./Div. | | | Buy | 01/27/20 | L | | |
| 16. | | | | | | Sold | 02/07/20 | L | A | |
| 17. | --Fid Adv HI Fd Cl I | A | Int./Div. | | | Sold | 01/27/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 02/12/20 | K | | |
| 19. | | | | | Sold | 02/27/20 | K | A | |
| 20. | | | | | Buy | 05/21/20 | K | | |
| 21. | | | | | Sold | 06/11/20 | K | A | |
| 22.    --JP Morgan HY Bond | A | Int./Div. | | | Sold | 01/27/20 | K | A | |
| 23. | | | | | Buy | 02/12/20 | K | | |
| 24. | | | | | Sold | 02/27/20 | K | A | |
| 25. | | | | | Buy | 05/21/20 | K | | |
| 26. | | | | | Sold | 06/11/20 | K | A | |
| 27. | | | | | | | | | |
| 28.    R/O IRA #1A (H) | | | | | | | | | |
| 29.    --Fidelity Gov't MM Daily Money Fund (R/O IRA #1A ) | A | Int./Div. | J | T | | | | | |
| 30.    --Am Cent Eq Inc | A | Int./Div. | K | T | Buy (add'l) | 04/06/20 | J | | |
| 31.    --Fid Small Cap Idx | A | Int./Div. | | | Sold | 04/06/20 | J | A | |
| 32.    --Fid Covington TR VLU ETF | A | Int./Div. | | | Sold | 04/06/20 | J | A | |
| 33.    --Fid Adv Growth Opp | A | Int./Div. | K | T | Sold (part) | 04/06/20 | J | A | |
| 34.    --Horizon Defined Risk | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --Horizon Active Risk | A | Int./Div. | J | T | | | | | |
| 36.   --Am Cent High Income | A | Int./Div. | J | T | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39.   --First TR NASDAQ-100 Tech | A | Int./Div. | J | T | Buy | 04/06/20 | K | | |
| 40. | | | | | | | | | |
| 41.   --JPM Hedged Equity Fund SEL | A | Int./Div. | J | T | Sold<br>(part) | 04/06/20 | J | A | |
| 42.   --Invesco Act Mg'd ETF | A | Int./Div. | J | T | Sold<br>(part) | 04/06/20 | J | A | |
| 43.   --IShares TR Edge | A | Int./Div. | J | T | Buy | 04/06/20 | J | | |
| 44. | | | | | | | | | |
| 45.   --Prudential HY Z | A | Int./Div. | | | Sold | 01/27/20 | K | A | |
| 46. | | | | | Buy | 02/05/20 | K | | |
| 47. | | | | | Sold | 03/16/20 | K | A | |
| 48. | | | | | Buy | 05/20/20 | J | | |
| 49. | | | | | Sold | 06/24/20 | K | B | |
| 50.   --Pru GIM | | | | | Buy | 01/27/20 | K | | |
| 51. | | | | | Sold | 02/05/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --IShares Inc Min Vol GBL | A | Int./Div. | K | T | | | | | |
| 53. Trans Am Flex Inc | A | Int./Div. | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. Roth IRA(H) | | | | | | | | | |
| 56. --United Development Funding IV | A | Int./Div. | J | T | | | | | |
| 57. | | | | | | | | | |
| 58. R/O IRA #2 (H) | | | | | | | | | |
| 59. --Fidelity Gov't MM Daily Money Fund (R/O IRA) | A | Int./Div. | K | T | | | | | |
| 60. --American Funds Fundamental Inv. | A | Int./Div. | L | T | | | | | |
| 61. --American Funds Growth | A | Int./Div. | K | T | | | | | |
| 62. --AmFunds Income Fund America | A | Int./Div. | K | T | | | | | |
| 63. | | | | | | | | | |
| 64. Simple IRA #1 (H) | | | | | | | | | |
| 65. --American Funds as below: | | | | | | | | | |
| 66. --American Mutual Fund A | B | Int./Div. | J | T | | | | | |
| 67. --American Mutual Fund C | A | Int./Div. | K | T | | | | | |
| 68. --Fundamental Investors A | A | Int./Div. | J | T | Buy<br>(add'l) | 01/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 01/03/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 02/11/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 02/11/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 73. --Capital Income Builder | A | Int./Div. | K | T | | | | | |
| 74. --Growth Fund of America A | A | Int./Div. | J | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 78. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 80. --Growth Fund America C | B | Int./Div. | K | T | | | | | |
| 81. --Capital World Growth C | A | Int./Div. | K | T | | | | | |
| 82. --Cap World Growth A | A | Int./Div. | J | T | | | | | |
| 83. Emprise Bank Cash Accounts | A | Interest | J | T | | | | | |
| 84. CrossFirst Bank Cash Accounts | B | Interest | M | T | | | | | |
| 85. Citizens Bank Saving | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Capitol Fed CD Emerald | A | Interest | K | T | Buy | 02/17/20 | K | | |
| 87. | Learning Quest 529 Fund Short-term (American Century) | A | Int./Div. | J | T | | | | | |
| 88. | Vanguard MMA | A | Dividend | J | T | | | | | |
| 89. | Northwestern Mutual Whole Life #1 | A | Dividend | K | T | | | | | |
| 90. | Northwestern Mutual Whole Life #2 | A | Dividend | K | T | | | | | |
| 91. | Northwestern Mutual Whole Life #3 | A | Dividend | J | T | | | | | |
| 92. | Realty LLC | F | Distribution | K | U | | | | | |
| 93. | Emerald Farms--X | A | Distribution | N | W | | | | | |
| 94. | | | | | | | | | | |
| 95. | Bulls & Bears Investment Club (H)--see Part VIII | | | | | | | | | |
| 96. | --Alphabet A | A | Int./Div. | J | T | | | | | |
| 97. | --Alphabet C | A | Int./Div. | J | T | | | | | |
| 98. | --Amazon | A | Int./Div. | J | T | | | | | |
| 99. | --Apple | A | Int./Div. | J | T | | | | | |
| 100. | --Amgen | A | Int./Div. | J | T | | | | | |
| 101. | --Bank of America | A | Int./Div. | J | T | | | | | |
| 102. | --Boeing | A | Int./Div. | | | Sold | 01/24/20 | J | A | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nugent, Robert E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Citi--X | A | Int./Div. | J | T | | | | | |
| 104.  --General Dynamics | A | Int./Div. | J | T | | | | | |
| 105.  --Gray TV--X | A | Int./Div. | J | T | | | | | |
| 106.  --Northrup Grumman | A | Int./Div. | J | T | | | | | |
| 107.  --JP Morgan | A | Int./Div. | J | T | | | | | |
| 108.  --LAM Research | A | Int./Div. | J | T | | | | | |
| 109.  --Micron--X | A | Int./Div. | J | T | | | | | |
| 110.  --Microsoft--X | A | Int./Div. | J | T | | | | | |
| 111.  --Northrup Grumman--X | A | Int./Div. | J | T | | | | | |
| 112.  --OKTA Inc | A | Int./Div. | J | T | | | | | |
| 113.  --Phillips 66 | A | Int./Div. | J | T | | | | | |
| 114.  --Raytheon | A | Int./Div. | J | T | | | | | |
| 115.  --Schwab Gov't MM | A | Int./Div. | | | Buy | 01/24/20 | J | | |
| 116. | | | | | Sold | 02/06/20 | J | A | |
| 117. | | | | | Buy | 02/12/20 | J | | |
| 118. | | | | | Sold | 03/04/20 | J | A | |
| 119. | | | | | Buy | 03/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 03/16/20 | J | A | |
| 121. --Spirit Aviation | A | Int./Div. | J | T | | | | | |
| 122. --Union Pacific | A | Int./Div. | J | T | | | | | |
| 123. --Walt Disney | A | Int./Div. | J | T | | | | | |
| 124. --Williams Co | A | Int./Div. | J | T | | | | | |
| 125. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 07/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Nugent**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544